Jeffrey A. Cooper, Esq.
Marc D. Miceli, Esq.
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Harlan Lazarus, Esq. (*Pro Hac Vice Application to be Submitted*)
LAZARUS & LAZARUS, P.C.
240 Madison Avenue
New York, New York 10016

Proposed Attorneys for Debtors-in-Possession,
 Brisar Industries, Inc., Delvco Pharma Packaging Services, Inc. and Brisar Holdings, LLC

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**BRISAR INDUSTRIES, INC., *et al.*,** [1]<br><br>Debtors. | **(Jointly Administered Under Case No. 09-38357)**<br><br>**Chapter 11 Case Nos. 09-38357; 09-38360; and 09-38362 (NLW)** |

**NOTICE OF MOTION FOR AN ORDER SETTING A HEARING DATE**
**AND NOTICE PROCEDURES TO APPROVE THE SALE OF CERTAIN**
**OF BRISAR HOLDINGS, LLC'S ASSETS TO SEYMORE RUBIN**
**ASSOCIATES, AND GRANTING RELATED RELIEF**

**TO: ALL PARTIES-IN-INTEREST REQUIRED TO BE SERVED IN ACCORDANCE WITH THE ORDER SHORTENING TIME SERVED HEREWITH**

**PLEASE TAKE NOTICE** that on the date and time set forth in the Order Shortening Time served herewith, Brisar Industries, Inc., Delvco Pharma Packaging Services, Inc. and Brisar Holdings, LLC (the "Debtors") by and through their undersigned attorneys shall

---

[1] The joint debtors are Brisar Industries, Inc., Delvco Pharma Packaging Services, Inc., and Brisar Holdings, LLC.

move before the Honorable Novalyn L. Winfield, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102, for entry of an Order Setting a Hearing Date and Notice Procedures to Approve the Sale of Certain of Brisar Holdings, LLC's Assets to Seymore Rubin Associates, and Granting Related Relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned shall rely on the accompanying Verified Application and Certification of Mark Cohen, which sets forth the factual and legal basis upon which the requested relief should be granted.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall be presented in accordance with the Order Shortening Time served herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument on the return date of the Motion.

**LAZARUS & LAZARUS, P.C.**

- and -

**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**

Proposed Attorneys for Debtors-in-Possession, Brisar Industries, Inc., Delvco Pharma Packaging Services, Inc. and Brisar Holdings, LLC

BY:   /s/ Jeffrey A. Cooper
      **JEFFREY A. COOPER**

**DATED:** December 2, 2009

#383133v1

2