Order Filed on
**12/16/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Jeffrey A. Cooper, Esq.<br>Marc D. Miceli, Esq.<br>CARELLA, BYRNE, BAIN, GILFILLAN<br>  CECCHI, STEWART & OLSTEIN<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>Harlan Lazarus, Esq.<br>LAZARUS & LAZARUS, P.C.<br>240 Madison Avenue<br>New York, New York 10016<br><br>Attorneys for Debtors' in Possession,<br>Brisar Industries, Inc., Delvco Corporation, and Brisar Holdings, LLC |

| | |
|---|---|
| In re:<br><br>**BRISAR INDUSTRIES, INC.,** *et al.,*<br><br><br>                                       Debtors. | Case No.: 09-38357<br><br>Hearing Date:<br><br>Judge: Novalyn L. Winfield |

### EXTENSION OF INTERIM ORDER WITH TEMPORARY
### RELIEF AUTHORIZING USE OF CASH COLLATERAL

The relief set forth on the following pages, numbered two (2) through fourteen (14) is

hereby ORDERED.

**DATED: 12/16/2009**

_Novalyn L. Winfield_
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page (2)

| | |
|---|---|
| Debtor: | Brisar Industries, Inc. et al, |
| Case Nos.: | 09-38357; 09-38360 and 09-38362 (NLW) |
| Caption of Order: | Extension of Interim Order With Temporary Relief Authorizing Use of Cash Collateral |

This matter having been before the Court on the motion of Brisar Industries, Inc. ("Brisar"), Delvco Pharma Packaging Services, Inc. ("Delvco") and Brisar Holdings, LLC ("Brisar Holdings") (the "Debtors" or the "Debtor") for authority to use cash collateral on an interim basis pursuant to Bankruptcy Rule 4001(b) and 11 U.S.C. Section 363(c)(2)(B), and a trial having been conducted on November 12, 2009, and an Interim Order With Temporary Relief Authorizing Debtors' Use of Cash Collateral (the "Cash Collateral Order") having been entered on December 3, 2009 until December 11, 2009 without the need for the Debtors to make adequate assurance payments to Banco Popular North America ("Banco"); and a further hearing having been conduced on December 9, 2009 in connection with the return date of the final hearing on the Cash Collateral Order, and the Court having adjourned that hearing until Tuesday, December 15, 2009 at 2:00 p.m. and having granted on December 9, 2009 the Debtors' request for continued use of Cash Collateral up to $90,000 through December 11, 2009; and notice of the motion together with notice of the preliminary hearing thereon has been given and served by the Debtors to the (1) the United States Trustee, (2) the Debtors' secured creditors, (3) counsel to the creditors' committee; and after due deliberation and good and sufficient cause appearing for the entry of the within order, it is:

**ORDERED** as follows:

1.      The Debtors be and are hereby authorized to use Banco's Cash Collateral up to an additional $90,000, without the need to make adequate assurance payments to Banco, through December 15, 2009.

2.      The Debtors' budget, as annexed as Exhibit "A" to the Cash Collateral Order, be

| | |
|---|---|
| Debtor: | Brisar Industries, Inc. et al, |
| Case Nos.: | 09-38357; 09-38360 and 09-38362 (NLW) |
| Caption of Order: | Extension of Interim Order With Temporary Relief Authorizing Use of Cash Collateral |

and hereby is amended to include a certain pre-petition dental insurance expense up to $3,500, which may be paid by the Debtors by Friday, December 11, 2009.

3. A final hearing (the "Final Hearing") on the Cash Collateral Order shall be conducted on December 15, 2009 at 2:00 p.m. with objections due at the Final Hearing.

4. For purposes of this Order, notice is hereby limited and the Debtors shall serve a copy of this Order by email and/or fax and/or first class mail within one (1) business day from the date hereof, on (1) the United States Trustee, (4) all known secured creditors and/or their counsel and (5) counsel to any committee appointed under Section 1102 of the Bankruptcy Code. Debtor shall file with the Clerk a Certificate of Service of said service within five (5) business days of entry of this Order.

5. Except as otherwise amended herein, the terms of the Cash Collateral Order shall remain in full force and effect.

#385156v2

*Approved by Judge Novalyn L. Winfield December 16, 2009*