**Adopted from D.N.J. LOCAL FORM 12**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | **(Jointly Administered** |
| | : | **Under Case No. 09-38357)** |
| **BRISAR INDUSTRIES, INC., *et al.*,**[1] | : | |
| | : | **Chapter 11 Case Nos. 09-38357;** |
| Debtors. | : | **09-38360; and 09-38362 (NLW)** |
| | : | |

**TO: JAMES WALDRON, CLERK**

**INFORMATION FOR NOTICE OF PRIVATE SALE BY THE DEBTORS**

Brisar Industries, Inc., Delvco Pharma Packaging Services, Inc. and Brisar Holdings, LLC (the "Debtors") propose to sell certain property of the estate to the person and on the terms described below:

If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the Debtors no later than January 12, 2010.

In the event an objection is timely filed a hearing thereon will be held on January 19, 2010 at 10:00 a.m.

If no objection to the private sale is filed with the Clerk of the Court and served upon the Debtors as required above on or before January 12, 2010, the sale will be consummated as proposed on or before March 19, 2010.

The property to be sold, the proposed purchaser and the sale price are:

| | |
|---|---|
| Property: | Certain real property and improvements located at: |
| | 1200 East Erie Avenue, Philadelphia, Pennsylvania |
| | Consisting of approximately 150,000 square feet on approximately 1.5 acres. |
| Proposed Purchaser: | Seymore Rubin, Seymore Rubin Associates |
| | 430 N. 4th Street, Philadelphia, Pennsylvania  19123 |
| Sale Price: | $1,800,000.00 |

The Sale is subject to higher and/or better offers with an initial overbid of $2,000,000. Higher and/or better offers are to be determined in accordance with the order previously entered governing certain bidding procedures.

Request for information about the property to be sold, the prospective purchaser, the price to be paid and other matters should be directed to Debtors' co-counsel, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, Attn: Jeffrey A. Cooper, Esq., Marc D. Miceli, Esq. 5 Becker Farm Road Roseland, New Jersey 07068 (973) 994-1700.

Submitted By:___/s/ Marc D. Miceli_____
**MARC D. MICELI**

**DATED:**  December  22, 2009
#385885v1

---

[1] The joint debtors are Brisar Industries, Inc., Delvco Pharma Packaging Services, Inc., and Brisar Holdings, LLC.